UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-237 (GHL)

**ERIN COAKLEY**

Andrew Silver, Esq. (retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** April 24, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and a $5.00 special assessment. The total of the fine and special assessment amount to $255.00, payable on or before July 16, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **original Count  1** of the Information is dismissed on motion of the United States.

       July 11, 2007
Date of Imposition of Sentence


       July 27, 2007
DATE SIGNED

George H. Lowe
United States Magistrate Judge